UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:22-cv-00055-JHM-HBB
*Electronically Filed*

CHARLIE KIPER                                                                                                    PLAINTIFF

v.

DOLLAR GENERAL CORPORATION                                           DEFENDANT

**AGREED ORDER OF SUBSTITUTION AND
PARTIAL DISMISSAL WITHOUT PREJUDICE**

This matter is before the Court upon the agreement of the parties. Plaintiff Charlie Kiper filed this action against Defendant Dollar General Corporation. The parties advise the Court that it appears the correct and proper Defendant to this action is Dollar General Partners, and that Defendant Dollar General Corporation should be dismissed from this action without prejudice. The parties being in agreement, and the Court being otherwise duly and sufficiently advised, IT IS HEREBY ORDERED:

Defendant Dollar General Corporation is hereby DISMISSED WITHOUT PREJUDICE from this action, and Dollar General Partners is SUBSTITUTED as the named party defendant. Plaintiff may seek leave to refile an Amended Complaint against Dollar General Corporation if necessary, and Dollar General Corporation agrees such Amended Complaint will relate back to the time of filing of the original Complaint. The parties agree that the Answer previously filed on behalf of Dollar General Corporation shall be adopted by Dollar General Partners and shall stand as its responsive pleading to Plaintiff's Complaint.

May 20, 2022
_____
DATE

*Joseph H. McKinley*
Joseph H. McKinley Jr., Senior Judge
United States District Court

HAVE SEEN AND AGREED:

/s/ *Colton W. Givens*
Thomas N. Kerrick
Colton W. Givens
KERRICK BACHERT PSC
1025 State Street
P.O. Box 9547
Bowling Green, KY 42101
tkerrick@kerricklaw.com
cgivens@kerricklaw.com
*Counsel for Defendant*

/s/ *Martin Pohl* (with permission)
Martin Pohl
Hessig & Pohl, PLLC
922 Franklin Street
Louisville, KY 40206
Telephone: (502) 785-0485
Fax: (502) 583-5785
martin@hessigandpohl.com
*Counsel for Plaintiff*


Clerk, please copy:    Counsel of Record